# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**GEORGE SEPULVEDA**

**Vs.** **C.A. N0. 05-138ML**

**JOSEPH SMITH**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Joseph Smith, against the plaintiff, George Sepulveda, pursuant to the Memorandum and Order dated January 19, 2006 DENYING the Petition for Writ of Error Coram Nobis.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: January 20, 2006