**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODEISLAND**

George Sepulveda

v.

Joseph Smith

Ca no. 05-138ML

Notice of Appeal

Now comes George Sepulveda, pro-se, in a motion for Notice of Appeal from the denial of petitioners Writ of Error Coram Nobis to the First Circiut Court of Appeals.

Respectfully Submitted,

I.D.#04224-070
George Sepulveda
P.O. box 1000
Lewisburg, Pa. 17837

dated:1-26-06

# CERTIFICATE OF SERVICE

I, Sepulveda, hereby certify that I have served a true and correct copy of the foregoing: (1) copy

Notice of Appeal

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
Honorable MARY Lisi

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 26 day of JAN. 06,

Respectfully Submitted,

George Sepulveda

REG. NO. 04224-070