UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 2, 2006

RECEIVED
FEB - 6 2006
By: U.S. Court of Appeals

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 05-138ML CCA# 06-1263

George Sepulveda v. Joseph V. Smith

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

RECEIVED
FEB 08 2006
Property of U.S. District Court
District of Rhode Island

Encl.:
**Case File**
**Certified Docket**

George Kretas 2/6/06

10