# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*March 14, 2006*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*One Courthouse Way, Suite 2500*
*Boston, MA 02109*

*RE: George Sepulveda v. USA*
*USDC-RI CR 05-138ML*
*USCA NO. # 06-1263*

*Dear Mr. Donovan:*

*Enclosed herewith please find a supplemtnal on appeal together with a certified copy of the docket entries in the above entitled case.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* [signature]
*Deputy Clerk*

*Enc. Order granting motion for IFP (DE #13)*